IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SETH M. PAYNE,<br><br>Defendant. | PO-23-5104-GF-JTJ<br><br>VIOLATION:<br>E1383512<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation E1383512 (for a total of $65), and for good cause shown, **IT IS ORDERED** that the $65 fine paid by the defendant is accepted as a full adjudication of violation E1383512.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 29, 2023, is **VACATED.**

DATED this 21st day of September, 2023.

_____
John Johnston
United States Magistrate Judge